UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| ZENA DIANE HERNANDEZ, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 4:13-cv-67 |
| v. ) | |
| ) | Judge Mattice |
| THE COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | Magistrate Judge Carter |
| ) | |
| *Defendant.* ) | |
| ) | |

# **ORDER**

On March 20, 2015, United States Magistrate Judge William B. Carter filed a Report and Recommendation (Doc. 19) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Carter recommended that Plaintiff's Motion for Judgment on the Administrative Record (Doc. 16) be denied, Defendant's Motion for Summary Judgment (Doc. 17) be granted, and this case be dismissed. (Doc. 19).

Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation.[1] Nevertheless, the Court has reviewed the record in this matter, and it agrees with the Magistrate Judge's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact and conclusions of law. Plaintiff's Motion for Judgment on the Administrative Record (Doc. 16) is hereby **DENIED**, Defendant's Motion for Summary

---

[1] Magistrate Judge Carter specifically advised Plaintiff that she had 14 days in which to object to the Report and Recommendation and that failure to do so would waive her right to appeal. (Doc. 19 at 24); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").

Judgment (Doc. 17) is hereby **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 7th day of April, 2015.

                                          */s/ Harry S. Mattice, Jr.*
                                          HARRY S. MATTICE, JR.
                                          UNITED STATES DISTRICT JUDGE

2

Case 4:13-cv-00067-HSM-WBC   Document 20   Filed 04/07/15   Page 2 of 2   PageID #: 763